# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

<u>In re Terrorist Attacks on September 11, 2001</u>    As relates to 03 MDL 1570 (GDB)(SN)

CIVIL ACTION NO. 1:17-cv-3908

ARROWOOD INDEMNITY COMPANY,
f/k/a ROYAL INDEMNITY COMPANY, and
ARROWOOD SURPLUS LINES INSURANCE
COMPANY, f/k/a ROYAL SURPLUS LINES
INSURANCE COMPANY,

      Plaintiffs

v.

KINGDOM OF SAUDI ARABIA, SAUDI
HIGH COMMISSION FOR RELIEF OF
BOSNIA & HERZEGOVINA, AL RAJHI BANK,
NATIONAL COMMERCIAL BANK,
and SAUDI BINLADIN GROUP,

      Defendants.

## **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

Notice is hereby given that, subject to approval by the Court, **Arrowood Indemnity Company, f/k/a Royal Indemnity Company, and Arrowood Surplus Lines Insurance Company, f/k/a Royal Surplus Lines Insurance Company**, substitute Dennis G. Pantazis of Wiggins Childs Pantazis Fisher Goldfarb LLC, and Timothy B. Fleming of Wiggins Childs Pantazis Fisher Goldfarb PLLC, as counsel of record in place of James L. Bernard and Patrick N. Petrocelli, formerly of Stroock & Stroock & Lavan LLP.

Contact information for new counsel, Dennis G. Pantazis and Timothy B. Fleming, is as follows:

>Dennis G. Pantazis
>Wiggins Childs Pantazis Fisher Goldfarb LLC
>The Kress Building
>301 Nineteenth Street North
>Birmingham, Alabama 35203
>Telephone: (205) 314-0531
>Facsimile: (205) 314-0731
>Email: dgp@wigginschilds.com

>Timothy B. Fleming
>WIGGINS CHILDS PANTAZIS FISHER GOLDFARB PLLC
>2208 18th Street, NW, #110
>Washington, DC  20009
>Telephone: (202) 467-4489
>Facsimile: (205) 453-4907
>Email: tfleming@wigginschilds.com

I, __Gil Chandler_____, on behalf of **Arrowood Indemnity Company, f/k/a Royal Indemnity Company, and Arrowood Surplus Lines Insurance Company, f/k/a Royal Surplus Lines Insurance Company**, hereby consent to the above substitution of counsel.

>**Arrowood Indemnity Company, f/k/a Royal Indemnity Company, and Arrowood Surplus Lines Insurance Company, f/k/a Royal Surplus Lines Insurance Company**

Date: __June 10, 2024_____   By: __/s/ Gil Chandler_____

>Gil Chandler
>General Counsel

We, James L. Bernard and Patrick N. Petrocelli, formerly of Stroock & Stroock & Lavan LLP, hereby consent to being substituted as counsel in this matter as to plaintiffs **Arrowood Indemnity Company, f/k/a Royal Indemnity Company, and Arrowood Surplus Lines Insurance Company, f/k/a Royal Surplus Lines Insurance Company**.

Date: June 6, 2024

_____  
James L. Bernard  
Hogan Lovells US LLP  
390 Madison Avenue  
New York, New York 10017  
Telephone: (212) 918-3121  
Email: james.bernard@hoganlovells.com

_____  
Patrick N. Petrocelli  
Hogan Lovells US LLP  
390 Madison Avenue  
New York, New York 10017  
Telephone: (212) 918-3000  
Email: patrick.petrocelli@hoganlovells.com

I, Dennis G. Pantazis, hereby consent to the above substitution of counsel as to plaintiffs **Arrowood Indemnity Company, f/k/a Royal Indemnity Company, and Arrowood Surplus Lines Insurance Company, f/k/a Royal Surplus Lines Insurance Company**.

Date: 6/12/2024

/s/ Dennis Pantazis  
_____  
Dennis G. Pantazis  
WIGGINS CHILDS PANTAZIS  
FISHER GOLDFARB LLC  
The Kress Building  
301 Nineteenth Street North  
Birmingham, Alabama 35203  
Telephone: (205) 314-0531  
Facsimile: (205) 314-0731  
Email:  dgp@wigginschilds.com

3

I, Timothy B. Fleming, hereby consent to the above substitution of counsel as to plaintiffs **Arrowood Indemnity Company, f/k/a Royal Indemnity Company, and Arrowood Surplus Lines Insurance Company, f/k/a Royal Surplus Lines Insurance Company**.

Date: 6/12/2024     /s/ Timothy B. Fleming
　　　　　　　　　　　Timothy B. Fleming
　　　　　　　　　　　WIGGINS CHILDS PANTAZIS
　　　　　　　　　　　FISHER GOLDFARB PLLC
　　　　　　　　　　　2208 18th Street, NW, #110
　　　　　　　　　　　Washington, DC  20009
　　　　　　　　　　　Telephone: (202) 467-4489
　　　　　　　　　　　Facsimile: (205) 453-4907
　　　　　　　　　　　Email: tfleming@wigginschilds.com

The substitution of attorney as to plaintiffs **Arrowood Indemnity Company, f/k/a Royal Indemnity Company, and Arrowood Surplus Lines Insurance Company, f/k/a Royal Surplus Lines Insurance Company** is hereby approved and so **ORDERED**.

Date: _____     _____
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE